■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. GRANATELLI, Appellant. — Judgment of the Supreme Court, Suffolk County (Jaspan, J.), rendered July 22, 1981, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Lazer, J. P., Mangano, Gibbons and Niehoff, JJ., concur.